UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRISHA A. BELL,

    Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION,

    Defendant.

Case No. 24-cv-1884-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the defendant Federal Bureau of Investigation and against plaintiff Trisha A. Bell, and that this case is dismissed without prejudice.

**DATED:  May 1, 2025**

                                               **MONICA A. STUMP, Clerk of Court**

                                               **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                      **J. PHIL GILBERT**
                      **DISTRICT JUDGE**